UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-5192
(Civ. A. No. 24-0295)

EDWARD LANG, et al.,                                              Appellant,

   v.

DANIEL THAU,
D.C. Metropolitan Police, et al.,                                 Appellees.

### APPELLEE'S CERTIFICATE OF COUNSEL AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's Order of August 23, 2024 and D.C. Circuit Rule 28(a)(1), Appellees U.S. Capitol Police; J. Thomas Manger, in his official capacity as Chief, U.S. Capitol Police; Eric Waldo, in his official capacity as Deputy Chief, U.S. Capitol Police; Thomas Loyd, in his official capacity as Captain, U.S. Capitol Police; Bryant Williams, in his official capacity as Officer, U.S. Capitol Police; Michael Leroy Byrd, in his official capacity as Captain, U.S. Capitol Police; Thomas A. Dibiase, in his official capacity as General Counsel, U.S. Capitol Police; and James W. Joyce, in his official capacity as Senior Counsel, U.S. Capitol Police ("Federal Appellees"), by and through its undersigned counsel, respectfully files this certificate as to parties, rulings, and related cases.

## I.  PARTIES

The Plaintiffs-Appellants are Zachary Jordan Alam; Christopher Alberts; James Beeks; Gina Bisignano; Ethan Bray; James Brett; Eric Clark; Albert Evangelista; Gilbert Fonticoba; Gabriel Garcia; Peter Harding; Donald Hazard; Edward Jacob Lang; Rachel Meyers; Robert Minuta; Henry Muntzer; Rachel Powell; Ryan Samsel; Ronald Sandlin; Barton Shively; Peter Stager; Isaac Steve Sturgeon; Isaac Thomas; and Cindy Lou Young.

The Defendants-Appellees are Daniel Thau, in his official capacity as Sergeant, D.C. Metropolitan Police; Robert Glover, in his official capacity as Sergeant, D.C. Metropolitan Police; Pamela Smith, in her official capacity as Chief, D.C. Metropolitan Police; Robert J. Contee III, in his official capacity as former Chief, D.C. Metropolitan Police; Frank Edwards, in his individual capacity and official capacity as Sergeant, D.C. Metropolitan Police; Jimmy Crisman, in his individual capacity and official capacity as Officer, D.C. Metropolitan Police; Paul Riley, in his individual capacity and official capacity as Sergeant, D.C. Metropolitan Police; Tara Tindall, in her individual capacity and official capacity as Sergeant, D.C. Metropolitan Police; Lila Morris, in her individual

capacity and official capacity at Officer, D.C. Metropolitan Police; Jason Bagshaw, in his individual capacity and official capacity as Lieutenant, D.C. Metropolitan Police; District of Columbia; U.S. Capitol Police; J. Thomas Manger, in his official capacity as Chief, U.S. Capitol Police; Eric Waldo, in his individual capacity and official capacity as Deputy Chief, U.S. Capitol Police; Thomas Loyd, in his individual capacity and official capacity as Captain, U.S. Capitol Police; Bryant Williams, in his individual capacity and official capacity as Officer, U.S. Capitol Police; Michael Leroy Byrd, in his individual capacity and official capacity as Captain, U.S. Capitol Police; Thomas A. Dibiase, in his official capacity as General Counsel, U.S. Capitol Police; and James W. Joyce, in his official capacity as Senior Counsel, U.S. Capitol Police.

There are no amici curiae.

## II.   RULINGS UNDER REVIEW

Appellant appeals from the June 19, 2024, Order (R.16) of the Honorable Dabney L. Friedrich, which denied Plaintiffs-Appellants' motion to reinstate the complaint. The opinion is available at 2024 WL 3913203.

## III. RELATED CASES

There are no known related cases.

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
JANE M. LYONS
Assistant United States Attorneys

*/s/ Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2525
joseph.carilli@usdoj.gov

*Attorneys for the United States of America*

Dated: September 23, 2024

- 5 -

## CERTIFICATE OF SERVICE

I certify that on this 23d day of September 2024, the foregoing has been served on Appellants through the Court's CM/ECF system.

                                          */s/ Joseph F. Carilli, Jr.*
                                          JOSEPH F. CARILLI, JR
                                          Assistant United States Attorney