CASE NO. 24-5192

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, ET AL

    Plaintiffs / Appellants,

v.

SGT DANIEL THAU, METROPOLITAN
POLICE DEPARTMENT, ET AL

    Defendants /Appellees.

Appeal from the United States District Court
for the District of Columbia
Civil Case No. 1:24-cv-00295

## APPELLANT'S APPEARANCE AND MOTION TO FILE ELECTRONICALLY

## CERTIFICATE OF SERVICE

Now comes, APPELLANT, JACOB EDWARD LANG, and FILES a Notice of Appearance Pro Se and Motion to File Electronically, stating as follows:

1. I am filing an appearance pro se in the above captioned matter, which notice of appearance precedes and is being filed with this motion.

2. I am currently incarcerate and with to proceed in pro per so that I may file the necessary pleadings in this case.

3. I wish to have access granted for electronic filing to the following representative(s):

Stefanie Lambert
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Center, Floor 26

Detroit, MI 48243-1502
(313) 410-6872
attorneylambert@protonmail.com

Respectfully submitted by,

Edward Jacob Lang, *in pro per*

Date: October 8, 2024

# CERTIFICATE OF SERVICE

Jacob Edward Lang, being first duly sworn, deposes and states that on the 8th of October, 2024, he caused a copy of the within pleadings to be served upon all parties of record.

Respectfully submitted by,

Edward Jacob Lang, in pro per

# General Docket
## United States Court of Appeals for District of Columbia Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 24-5192 | **Docketed:** 08/23/2024 |
| **Nature of Suit:** 2440 Other Civil Rights | |
| Edward Lang, et al v. Daniel Thau, et al | |
| **Appeal From:** United States District Court for the District of Columbia | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
1) Civil US
2) United States
3)

**Originating Court Information:**
**District:** 0090-1 : 1:24-cv-00295-DLF                                      **Lead:** 1:24-cv-00295-DLF
**Motions Judge:** Dabney L. Friedrich, U.S. District Judge
**Date Filed:** 01/05/2024
**Date Order/Judgment:**                **Date NOA Filed:**
06/19/2024                              08/19/2024

**Prior Cases:**
None

**Current Cases:**
None

**Panel Assignment:**   Not available

---

| | | |
|---|---|---|
| Edward Jacob Lang | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>Law Office of Stefanie L. Lambert PLLC<br>400 Renaissance Center<br>Floor 26<br>Detroit, MI 48243-1502 |
| Ryan Samsel | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Isaac Thomas | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Rachel Meyers | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Zachary Jordan Alam | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Christopher Alberts | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Eric Clark | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Rachel Powell | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Ethan Bray | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |

# General Docket
## United States Court of Appeals for District of Columbia Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 24-5192 | **Docketed:** 08/23/2024 |
| **Nature of Suit:** 2440 Other Civil Rights | |
| Edward Lang, et al v. Daniel Thau, et al | |
| **Appeal From:** United States District Court for the District of Columbia | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
  1) Civil US
  2) United States
  3)

**Originating Court Information:**
  **District:** 0090-1 : 1:24-cv-00295-DLF   **Lead:** 1:24-cv-00295-DLF
  **Motions Judge:** Dabney L. Friedrich, U.S. District Judge
  **Date Filed:** 01/05/2024
  **Date Order/Judgment:** 06/19/2024    **Date NOA Filed:** 08/19/2024

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**   Not available

| | | |
|---|---|---|
| Edward Jacob Lang | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] Law Office of Stefanie L. Lambert PLLC 400 Renaissance Center Floor 26 Detroit, MI 48243-1502 |
| Ryan Samsel | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Isaac Thomas | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Rachel Meyers | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Zachary Jordan Alam | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Christopher Alberts | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Eric Clark | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Rachel Powell | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Ethan Bray | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |

# General Docket
## United States Court of Appeals for District of Columbia Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 24-5192 | **Docketed:** 08/23/2024 |
| **Nature of Suit:** 2440 Other Civil Rights | |
| Edward Lang, et al v. Daniel Thau, et al | |
| **Appeal From:** United States District Court for the District of Columbia | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
1) Civil US
2) United States
3)

**Originating Court Information:**
**District:** 0090-1 : 1:24-cv-00295-DLF   **Lead:** 1:24-cv-00295-DLF
**Motions Judge:** Dabney L. Friedrich, U.S. District Judge
**Date Filed:** 01/05/2024
**Date Order/Judgment:** 06/19/2024    **Date NOA Filed:** 08/19/2024

**Prior Cases:**
None

**Current Cases:**
None

**Panel Assignment:**    Not available

---

| | | |
|---|---|---|
| Edward Jacob Lang | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>Law Office of Stefanie L. Lambert PLLC<br>400 Renaissance Center<br>Floor 26<br>Detroit, MI 48243-1502 |
| Ryan Samsel | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Isaac Thomas | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Rachel Meyers | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Zachary Jordan Alam | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Christopher Alberts | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Eric Clark | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Rachel Powell | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Ethan Bray | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |

---

| | | |
|---|---|---|
| Gilbert Fonticoba | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Gina Bisignano | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Peter Stager | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| James Beeks | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Peter Harding | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Isaac Steve Sturgeon | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Robert Minuta | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| Henry Muntzer | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |
| All Plaintiffs | Plaintiff - Appellant | Stefanie Lambert<br>[LD NTC Trial Counsel]<br>(see above) |

v.

Daniel Thau, Sargeant, Metropolitan Police Department
Defendant - Appellee

| | | |
|---|---|---|
| Albert Evangelista | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Cindy Lou Young | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Donald Hazard | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Barton Shively | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| James Brett | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Ronald Sandlin | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Gabriel Garcia | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Gilbert Fonticoba | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Gina Bisignano | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Peter Stager | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| James Beeks | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Peter Harding | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Isaac Steve Sturgeon | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Robert Minuta | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| Henry Muntzer | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |
| All Plaintiffs | Plaintiff - Appellant | Stefanie Lambert [LD NTC Trial Counsel] (see above) |

v.

Daniel Thau, Sargeant, Metropolitan Police Department
Defendant - Appellee

Robert Glover, Metropolitan Police Department
    Defendant - Appellee

Pamela A. Smith, Chief, Metropolitan Police Department
    Defendant - Appellee

Robert J. Contee, III, Former Chief, Metropolitan Police Department
    Defendant - Appellee

Frank Edwards, Metropolitan Police Department
    Defendant - Appellee

Jimmy Crisman, Officer, Metropolitan Police Department
    Defendant - Appellee

Paul Riley, Sargeant, Metropolitan Police Department
    Defendant - Appellee

Tara Tindall, Metropolitan Police Department
    Defendant - Appellee

Lila Morris, Metropolitan Police Department
    Defendant - Appellee

Jason Bagshaw, LT, Metropolitan Police Department
    Defendant - Appellee

John Does 1-50, Officer, Metropolitan Police Department
    Defendant - Appellee

District of Columbia, A Municipal Corporation, as Employer of Metropolitan Police Department Officers
    Defendant - Appellee

Graham E. Phillips
Direct: 202-724-6647
Email: graham.phillips@dc.gov
[COR LD NTC Gvt DC OAG]
Office of the Attorney General for the District of Columbia
Firm: 202-727-3400
400 6th Street, NW
Suite 8100
Washington, DC 20001

Caroline S. Van Zile, Deputy Solicitor General
Email: caroline.vanzile@dc.gov
[LD NTC Gvt DC OAG]
Office of the Attorney General for the District of Columbia
Office of the Solicitor General
Firm: 202-727-3400
400 6th Street, NW
Suite 8100
Washington, DC 20001

Ashwin P. Phatak
Email: ashwin.phatak@dc.gov
[COR NTC Gvt DC OAG]
Office of the Attorney General for the District of Columbia
Firm: 202-727-3400
400 6th Street, NW
Suite 8100
Washington, DC 20001

United States Capitol Police
    Defendant - Appellee

Joseph Carilli, Jr.
Direct: 202-252-2525
Email: joseph.carilli@usdoj.gov
[COR LD NTC Gvt US Attorney]
U.S. Attorney's Office
(USA)
Firm: 202-252-7566
601 D Street, NW
Washington, DC 20530

| | |
|---|---|
| | Jane M. Lyons, Assistant U.S. Attorney<br>Email: jane.lyons@usdoj.gov<br>[NTC Gvt US Attorney]<br>U.S. Attorney's Office<br>(USA) Civil Division<br>Firm: 202-252-2500<br>601 D Street, NW<br>Washington, DC 20530 |
| J. Thomas Manger, Chief, U.S. Capitol Police<br>    Defendant - Appellee | Joseph Carilli, Jr.<br>Direct: 202-252-2525<br>[COR LD NTC Gvt US Attorney]<br>(see above)<br><br>Jane M. Lyons, Assistant U.S. Attorney<br>[COR NTC Gvt US Attorney]<br>(see above) |
| Yogananda D. Pittman, Former Chief, U.S. Capitol Police<br>    Defendant - Appellee | |
| Eric Waldo, Deputy Chief, U.S. Capitol Police<br>    Defendant - Appellee | Joseph Carilli, Jr.<br>Direct: 202-252-2525<br>[COR LD NTC Gvt US Attorney]<br>(see above)<br><br>Jane M. Lyons, Assistant U.S. Attorney<br>[COR NTC Gvt US Attorney]<br>(see above) |
| Thomas Loyd, Inspector, U.S. Capitol Police<br>    Defendant - Appellee | Joseph Carilli, Jr.<br>Direct: 202-252-2525<br>[COR LD NTC Gvt US Attorney]<br>(see above)<br><br>Jane M. Lyons, Assistant U.S. Attorney<br>[COR NTC Gvt US Attorney]<br>(see above) |
| Bryant Williams, U.S. Capitol Police<br>    Defendant - Appellee | Joseph Carilli, Jr.<br>Direct: 202-252-2525<br>[COR LD NTC Gvt US Attorney]<br>(see above)<br><br>Jane M. Lyons, Assistant U.S. Attorney<br>[COR NTC Gvt US Attorney]<br>(see above) |
| Michael Leroy Byrd, LT, U.S. Capitol Police<br>    Defendant - Appellee | Joseph Carilli, Jr.<br>Direct: 202-252-2525<br>[COR LD NTC Gvt US Attorney]<br>(see above)<br><br>Jane M. Lyons, Assistant U.S. Attorney<br>[COR NTC Gvt US Attorney]<br>(see above) |
| Thomas A. Dibiase, General Counsel, U.S. Capitol Police<br>    Defendant - Appellee | Joseph Carilli, Jr.<br>Direct: 202-252-2525<br>[COR LD NTC Gvt US Attorney]<br>(see above)<br><br>Jane M. Lyons, Assistant U.S. Attorney<br>[COR NTC Gvt US Attorney]<br>(see above) |
| James W. Joyce, Senior Counsel, U.S. Capitol Police<br>    Defendant - Appellee | Joseph Carilli, Jr.<br>Direct: 202-252-2525<br>[COR LD NTC Gvt US Attorney] |

(see above)

Jane M. Lyons, Assistant U.S. Attorney
[COR NTC Gvt US Attorney]
(see above)

John Does 51-100, Officer, U.S. Capitol Police
                    Defendant - Appellee

(see above)

Jane M. Lyons, Assistant U.S. Attorney
[COR NTC Gvt US Attorney]
(see above)

John Does 51-100, Officer, U.S. Capitol Police
Defendant - Appellee

(see above)

Jane M. Lyons, Assistant U.S. Attorney
[COR NTC Gvt US Attorney]
(see above)

John Does 51-100, Officer, U.S. Capitol Police
Defendant - Appellee

(see above)

Jane M. Lyons, Assistant U.S. Attorney
[COR NTC Gvt US Attorney]
(see above)

John Does 51-100, Officer, U.S. Capitol Police
                    Defendant - Appellee

Edward Jacob Lang; Ryan Samsel; Isaac Thomas; Rachel Meyers; Zachary Jordan Alam; Christopher Alberts; Eric Clark; Rachel Powell; Ethan Bray; Albert Evangelista; Cindy Lou Young; Donald Hazard; Barton Shively; James Brett; Ronald Sandlin; Gabriel Garcia; Gilbert Fonticoba; Gina Bisignano; Peter Stager; James Beeks; Peter Harding; Isaac Steve Sturgeon; Robert Minuta; Henry Muntzer; All Plaintiffs,

        Plaintiffs - Appellants

v.

Daniel Thau, Sargeant, Metropolitan Police Department; Robert Glover, Metropolitan Police Department; Pamela A. Smith, Chief, Metropolitan Police Department; Robert J. Contee, III, Former Chief, Metropolitan Police Department; Frank Edwards, Metropolitan Police Department; Jimmy Crisman, Officer, Metropolitan Police Department; Paul Riley, Sargeant, Metropolitan Police Department; Tara Tindall, Metropolitan Police Department; Lila Morris, Metropolitan Police Department; Jason Bagshaw, LT, Metropolitan Police Department; John Does 1-50, Officer, Metropolitan Police Department; District of Columbia, A Municipal Corporation, as Employer of Metropolitan Police Department Officers; United States Capitol Police; J. Thomas Manger, Chief, U.S. Capitol Police; Yogananda D. Pittman, Former Chief, U.S. Capitol Police; Eric Waldo, Deputy Chief, U.S. Capitol Police; Thomas Loyd, Inspector, U.S. Capitol Police; Bryant Williams, U.S. Capitol Police; Michael Leroy Byrd, LT, U.S. Capitol Police; Thomas A. Dibiase, General Counsel, U.S. Capitol Police; James W. Joyce, Senior Counsel, U.S. Capitol Police; John Does 51-100, Officer, U.S. Capitol Police,

        Defendants - Appellees

| | | | |
|---|---|---|---|
| 08/23/2024 | ☐ | | US CIVIL CASE docketed. [24-5192] [Entered: 08/23/2024 12:07 PM] |
| 08/23/2024 | ☐ 📄 17 pg, 390.54 KB | | NOTICE OF APPEAL [2071574] seeking review of a decision by the U.S. District Court in 1:24-cv-00295-DLF filed by Zachary Jordan Alam, Christopher Alberts, All Plaintiffs, James Beeks, Gina Bisignano, Ethan Bray, James Brett, Eric Clark, John Does 1-50, Albert Evangelista, Gilbert Fonticoba, Gabriel Garcia, Peter Harding, Donald Hazard, Edward Jacob Lang, Rachel Meyers, Robert Minuta, Henry Muntzer, Rachel Powell, Ryan Samsel, Ronald Sandlin, Barton Shively, Peter Stager, Isaac Steve Sturgeon, Isaac Thomas and Cindy Lou Young. Appeal assigned USCA Case Number: 24-5192. [24-5192] [Entered: 08/23/2024 12:28 PM] |
| 08/23/2024 | ☐ 📄 1 pg, 45.29 KB | | LETTER [2071576] sent regarding attorney membership to Stefanie Lambert for All Plaintiffs, Eric Clark, Edward Jacob Lang, Ryan Samsel, Christopher Alberts, Isaac Steve Sturgeon, Gilbert Fonticoba, Isaac Thomas, Rachel Meyers, Zachary Jordan Alam, Rachel Powell, Ethan Bray, Albert Evangelista, Cindy Lou Young, Donald Hazard, Barton Shively, James Brett, Ronald Sandlin, Gabriel Garcia, Gina Bisignano, Peter Stager, James Beeks, Peter Harding, Robert Minuta and Henry Muntzer. Application for Admission due 09/23/2024. [24-5192] [Entered: 08/23/2024 12:29 PM] |
| 08/23/2024 | ☐ 📄 2 pg, 45.09 KB | | CLERK'S ORDER [2071579] filed directing party to file initial submissions: APPELLANT docketing statement due 09/23/2024. APPELLANT certificate as to parties due 09/23/2024. APPELLANT statement of issues due 09/23/2024. APPELLANT underlying decision due 09/23/2024. APPELLANT deferred appendix statement due 09/23/2024. APPELLANT entry of appearance due 09/23/2024. APPELLANT transcript status report due 09/23/2024. APPELLANT procedural motions due 09/23/2024. APPELLANT dispositive motions due 10/07/2024; directing party to file initial submissions: APPELLEE certificate as to parties due 09/23/2024. APPELLEE entry of appearance due 09/23/2024. APPELLEE procedural motions due 09/23/2024. APPELLEE dispositive motions due 10/07/2024 [24-5192] [Entered: 08/23/2024 12:36 PM] |
| 09/23/2024 | ☐ 📄 2 pg, 217.72 KB | | ENTRY OF APPEARANCE [2076150] filed by Joseph F. Carilli, Jr. and co-counsel Jane Lyons on behalf of Appellees Thomas A. Dibiase, Michael Leroy Byrd, James W. Joyce, United States Capitol Police, J. Thomas Manger, Eric Waldo, Thomas Loyd and Bryant Williams. [24-5192] (Carilli, Joseph) [Entered: 09/23/2024 07:42 AM] |
| 09/23/2024 | ☐ 📄 5 pg, 106.43 KB | | CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES [2076152] filed by Michael Leroy Byrd, Thomas A. Dibiase, James W. Joyce, Thomas Loyd, J. Thomas Manger, United States Capitol Police, Eric Waldo and Bryant Williams [Service Date: 09/23/2024 ] [24-5192] (Carilli, Joseph) [Entered: 09/23/2024 07:44 AM] |
| 09/23/2024 | ☐ 📄 1 pg, 149.77 KB | | ENTRY OF APPEARANCE [2076269] filed by Graham Phillips and co-counsel Ashwin Phatak on behalf of Appellee DC. [24-5192] (Phillips, Graham) [Entered: 09/23/2024 02:34 PM] |
| 09/23/2024 | ☐ 📄 3 pg, 114.84 KB | | CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES [2076270] filed by DC [Service Date: 09/23/2024 ] [24-5192] (Phillips, Graham) [Entered: 09/23/2024 02:35 PM] |
| 09/23/2024 | ☐ 📄 2 pg, 112.41 KB | | NOTICE [2076271] filed advising that a brief will not be filed filed by DC [Service Date: 09/23/2024 ] [24-5192] (Phillips, Graham) [Entered: 09/23/2024 02:40 PM] |
| 10/07/2024 | ☐ 📄 24 pg, 336.95 KB | | MOTION [2078683] for summary affirmance filed by Michael Leroy Byrd, Thomas A. Dibiase, James W. Joyce, Thomas Loyd, United States Capitol Police, Eric Waldo, Bryant Williams and J. Thomas Manger (Service Date: 10/07/2024 by Email, CM/ECF NDA) Length Certification: 3470 words. [24-5192] (Carilli, Joseph) [Entered: 10/07/2024 03:48 PM] |

[ Clear All ]

◉ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB

[ View Selected ]

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| DC Circuit (USCA) - 10/08/2024 14:07:25 | | | |
| **PACER Login:** | Slynnlambert | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 24-5192 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

OCT -9 2024

RECEIVED

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** EDWARD JACOB LANG, ET AL

v.

SGT DANIEL THAU, ET AL

**Case No:** 24-5192

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

EDWARD JACOB LANG, Pro Se

PO Box 485

Narrowsburg, NY 12764

### Counsel Information

Lead Counsel: _____

Direct Phone: (___) _____ Fax: (___) _____ Email: _____

2nd Counsel: _____

Direct Phone: (___) ___-_____ Fax: (___) ___-_____ Email: _____

3rd Counsel: _____

Direct Phone: (___) ___-_____ Fax: (___) ___-_____ Email: _____

Firm Name: _____

Firm Address: _____

Firm Phone: (___) _____ Fax: (___) ___-_____ Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)



FedEx Envelope
Recycle me.



RT 686 3 10:30
0644 10.09
FZ B03
E

NARROWSBURG, NY 12764
UNITED STATES US

BILL THIRD PARTY

TO UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW

WASHINGTON DC 20001
(555) 555-5555    REF:
INV:
PO:    DEPT:

FedEx Express
E

TRK# 2804 1357 0644
0201

WED — 09 OCT 10:30A
PRIORITY OVERNIGHT

XS TSGA

20001
DC-US  IAD