Docusign Envelope ID: 78872810-D1E5-437C-82E7-539A307A17A1

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

NOV 07 2024

RECEIVED

CASE NO. 24-5192

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, ET AL

    Plaintiffs / Appellants,

v.

SGT DANIEL THAU, METROPOLITAN
POLICE DEPARTMENT, ET AL

    Defendants /Appellees.

Appeal from the United States District Court for
the District of Columbia
Civil Case No. 1:24-cv-00295

## APPELLANT'S MOTION TO EXTEND TIME TO FILE RESPONSE

## CERTIFICATE OF SERVICE

Now comes, Plaintiff / Appellant, EDWARD JACOB LANG, pro se, and for his motion to extend the time to file a response to the Motion to Dismiss and pending her admission to practice, hereby states the following:

1.     Appellant is currently incarcerated and has been during the pendency of his lawsuit in the above-captioned matter.

2.     A timely notice of appeal was filed in this matter on August 23, 2024.

3.     Appellant's counsel has had to seek admission to the court for electronic filing.

Docusign Envelope ID: 78872810-D1E5-437C-82E7-539A307A17A1

4. Awaiting this, Appellant filed his entry of appearance and motion to permit pro se electronic filing on October 9, 2024.

5. In the meantime, on October 7, 2024, Appellees filed a motion for summary affirmance.

6. Appellant has had no way to respond to this Motion for Affirmance because he has had to find a way to appear pro se and has just filed a pro se appearance and motion to file electronically.

7. Appellant has also to file other documents in this case for purposes of complying with the appellate rules.

8. Therefore, Appellant is requesting an additional 10 days to file a response to the motion for summary affirmance filed by the Appellees.

Respectfully submitted by,

*Edward Jacob Lang*
EDWARD JACOB LANG, PRO SE

Date: October 22, 2024

Docusign Envelope ID: 78872810-D1E5-437C-82E7-539A307A17A1

1
## CERTIFICATE OF SERVICE

EDWARD JACOB LANG, being first duly sworn, deposes and states that on the 22ND of October, 2024, he caused a copy of the within pleadings to be served upon all parties of record by electronically filing and serving same upon counsel of record for the parties.

                                                          Respectfully submitted by,

*Edward Jacob Lang*
EDWARD JACOB LANG, PRO SE